**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TERA BROOKE LAU,

       Plaintiff,

v.                                       Case No:   6:22-cv-2000-CEM-LHP

CHRISTOPHER KELLY,

       Defendant

---

## ORDER TO STRIKE

Plaintiff, appearing *pro se*, has filed the above-styled motion in which she appears to be asking that the Court require Defendant to pay her attorney's fees to litigate this matter. Doc. No. 8. Upon review, the filing contains information that should have been redacted pursuant to Fed. R. Civ. P. 5.2(a), accordingly, it is hereby **STRICKEN**, and the Clerk of Court is **DIRECTED** to remove the filing (Doc. No. 8) from the docket.

Moreover, Plaintiff is cautioned that the filing fails to comply with the Local Rules of this Court, in particular Local Rule 3.01(a). Any future motions filed in this Court must comply with all Federal Rules of Civil Procedure, Local Rules, and Court Orders. Future non-compliant filings may be stricken or summarily denied without further notice. *See also Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989)

- 2 -

(stating that *pro se* litigants are "subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure").

**DONE** and **ORDERED** in Orlando, Florida on February 8, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties